**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dominique Timmons

Plaintiff,

v.

Case No.: 1:25−cv−12192
Honorable Andrea R. Wood

Reckitt Benckiser LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 31, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Pursuant to the parties' joint proposal, the Court sets the following briefing schedule on Defendants' motion for reconsideration [39]. Plaintiff shall file a response by 9/30/2026. Defendants shall file a reply by 11/4/2026. Also pursuant to the parties' joint proposal, the Court sets the following briefing schedule on Defendants' motion to dismiss [43]. Plaintiff shall file a response by 11/4/2026. Defendants shall file a reply by 12/9/2026. As Defendants' motion to dismiss was timely filed on the 8/24/2026 deadline to answer or otherwise respond to the First Amended Complaint, Defendants' motion for an extension of time to respond to the First Amended Complaint [41] is denied as moot. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.